**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

PHILLIP V. McDANIEL                                                                                PLAINTIFF
ADC #84290

V.                                              NO: 5:08CV00030 HDY

LARRY NORRIS *et al.*                                                                           DEFENDANTS

## ORDER

On October 6, 2008, Defendants filed a motion for summary judgment, a brief in support, and a statement of facts (docket entries #32-#34). Although more than 11 days has passed, Plaintiff has not responded. However, in light of Plaintiff's *pro se* status, he will be granted additional time to respond.

IT IS THEREFORE ORDERED THAT Plaintiff file his response to Defendants' motion for summary judgment no later than 11 days after the entry of this order.

DATED this __22__ day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE